Planned Parenthood v. NH AG          03-CV-491-JD 2/1/07
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE


Planned Parenthood of
Northern New England, et al.


     v.                              Civil No. 03-cv-491-JD
                                     Opinion No. 2007 DNH 014

NH Attorney General


                        PROCEDURAL ORDER


     This court has taken judicial notice that House Bill 184, an

Act repealing the Parental Notification Law, is pending in the

New Hampshire House of Representatives.  Legislative action on

this Bill may have a direct affect on this case which is

currently pending before this court on remand from the United

States Court of Appeals for the First Circuit.

     If House Bill 184 is enacted into law, this case will be

rendered moot; if it is not enacted into law, this case will

proceed; if the Parental Notification Law is amended, then the

legal landscape of this case may well change.

     On this date, the court met with counsel for the parties and

indicated that in its opinion this case should be temporarily

stayed during the time that House Bill 184 is actively under

consideration by the New Hampshire Legislature, in deference to

the Legislature.  A temporary stay would also conserve the public and private resources of the parties and the court.  Counsel agreed.

Therefore, in the interest of comity and in deference to the New Hampshire Legislature which is currently considering House Bill 184, this action is temporarily stayed, pending further order of the court, during such time as the New Hampshire Legislature is actively considering House Bill 184.

The permanent injunction issued in this case shall remain in full force and effect.  This stay is issued without prejudice to the positions of the parties in this case.  All pending motions are terminated subject to being reinstated at an appropriate time, if necessary, upon the request of any party.

The New Hampshire Attorney General is requested to forward a copy of this order to the President of the New Hampshire Senate and the Speaker of the New Hampshire House of Representatives.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

February 1, 2007

cc:  Erica U. Bodwell, Esquire
     Charu A. Chandrasekhar, Esquire
     Jennifer Dalven, Esquire
     Martin P. Honigberg, Esquire
     Dara Klassel, Esquire
     Laura E. B. Lombardi, Esquire
     Cathleen M. Mahoney, Esquire
     Corinne L. Schiff, Esquire
     Maureen D. Smith, Esquire
     Lawrence A. Vogelman, Esquire

2